PROB 12A
(6/16)

# United States District Court

for the

## Eastern District of Washington

### Report on Offender Under Supervision
*(No Action Requested)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 16, 2021

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Alberto Daniel Serrato | Case Number: 0980 2:12CR06055-EFS-1 |
| Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge | |
| Date of Original Sentence: June 5, 2013 | Type of Supervision: Supervised Release |
| Original Offense: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | Date Supervision Commenced: September 4, 2015 (time tolled until released from state prison on 10//10/2021) |
| Original Sentence: Prison 37 months; TSR - 36 months | Date Supervision Expires: October 9, 2024 |

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #17**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Serrato is considered to be in violation of his supervised release by using marijuana on or about December 7, 2021.

On October 14, 2021, this officer reviewed the judgment and sentence with Mr. Serrato. He stated he understood the conditions of his supervised release, which included special condition number 17.

On December 9, 2021, Mr. Serrato called this officer to report he had smoked marijuana 2 days prior (approximately December 7, 2021). He stated he smoked marijuana in response to a recent stressor; his brother's admittance into the hospital due to COVID-19 complications, as well as issues at work which led to him being fired.

**U.S. Probation Officer Action**:

Mr. Serrato had a strong start on supervision and this officer has no doubt he can grow from his recent experience. In response to Mr. Serrato's admission, he was praised for his honesty, but also admonished for utilizing poor coping skills. Mr. Serrato was advised that counseling services were also available to him; however, at this time, he has declined any services. It should be noted that Mr. Serrato did engage in a substance abuse evaluation with Renew Treatment Services on November 05, 2021; they concluded Mr. Serrato did not need any form of treatment at that time. Mr. Serrato's violation was discussed at length and it was concluded that maintaining employment is an

Prob12A  
**Re: Serrato, Alberto Daniel**  
**December 14, 2021**  
**Page 2**

effective way for him to manage his stress. At this time no action is being requested as Mr. Serrato is currently under both this Court's supervision and the Washington State Department of Corrections (DOC). He is presently in compliance with DOC and is expected to submit to drug testing for both agencies to monitor his compliance.

I declare under penalty of perjury that the foregoing is true and correct.

| Executed On: | December 14, 2021 |
|---|---|
| | s/Emely Cubias |
| | Emely Cubias<br>U.S. Probation Officer<br>Date:  December 14, 2021 |

[ X ]   Court Concurs with Officer Action  
[  ]    Submit a Request for Modifying the Condition or Term of Supervision  
[  ]    Submit a Request for Warrant or Summons  
[  ]    Other

*Edward F. Shea*

Signature of Judicial Officer

December 16, 2021

Date