UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 13, 2023

SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTO DANIEL SERRATO,<br><br>Defendant. | No. 2:12-CR-06055-EFS-1<br><br>ORDER FOLLOWING<br>INITIAL APPEARANCE<br>ON SUPERVISED RELEASE<br>VIOLATION PETITION |

On November 2, 2023, the Court held a hearing for Defendant ALBERTO DANIEL SERRATO's initial appearance based on three petitions for action, post-conviction, filed October 6, 2023, ECF No. 54, alleging Violation, Nos. 1-4; filed October 20, 2023, ECF No. 58, alleging Violation Nos. 5-8; and filed November 1, 2023, ECF No. 59, alleging Violation Nos. 9-11.  Assistant Federal Defender Jennifer Barnes  appeared on behalf of the Defendant.  Assistant United States Attorney Laurel Holland represented the United States.  U.S. Probation Officer Dan Manning was also present.

Defendant failed to appear.  Federal Defenders had no information pertaining to Defendant's whereabouts.  This matter will be reset when Defendant's whereabouts are ascertained.

**IT IS SO ORDERED.**

DATED November 13, 2023.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 1