PROB 12C
(6/16)

Report Date: October 5, 2023

# United States District Court

#### for the

# Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 06, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alberto Daniel Serrato        Case Number: 0980 2:12CR06055-EFS-1

Address of Offender: ███████████████, Kennewick, Washington 99336

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: June 5, 2013

Original Offense:        Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:       Prison - 37 months;            Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney      To be determined               Date Supervision Commenced: October 10, 2021
                                                        (time tolled until released from state prison)

Defense Attorney:        Federal Defender's Office      Date Supervision Expires: October 9, 2024

---

### PETITIONING THE COURT

To issue a summons.

On October 14, 2021, the conditions of supervised release were reviewed with Mr. Serrato. He acknowledged an understanding of his conditions of supervision, which include special condition number 17.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Serrato is considered to be in violation of his conditions of supervised release by using a controlled substance, methamphetamine, on or about August 31, 2023. |
| | On August 31, 2023, Mr. Serrato was contacted by phone and a virtual home visit was completed by the undersigned officer. During this conversation, Mr. Serrato admitted to using methamphetamine after he got off of work that morning. |

Prob12C
**Re: Serrato, Alberto Daniel**
**October 5, 2023**
**Page 2**

| | | |
|---|---|---|
| 2 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. | |

**Supporting Evidence**: Mr. Serrato is considered to be in violation of his conditions of supervised release by using a controlled substance, methamphetamine, on or about September 11, 2023.

Mr. Serrato reported to the U.S. Probation Office in Richland, Washington, on September 11, 2023. He submitted a drug test that tested presumptively positive for methamphetamine. The drug test sample was sent to Abbott Laboratories for confirmation. On October 1, 2023, Abbott Laboratories confirmed this sample was positive for methamphetamine.

3    **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Serrato is considered to be in violation of his conditions of supervised release by using a controlled substance, methamphetamine, on or about September 17, 2023.

Mr. Serrato reported to the U.S. Probation Office in Richland on September 18, 2023. He signed a drug use admission form admitting to the use of methamphetamine on or about September 17, 2023. When asked why he continues his use of methamphetamine he reported he was experiencing marital problems that stemmed from his first use of methamphetamine in August 2023, and things have not gotten better.

4    **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Serrato is considered to be in violation of his conditions of supervised release by using a controlled substance, methamphetamine, on or about September 25, 2023.

Mr. Serrato reported to the U.S. Probation Office in Richland on September 25, 2023. He submitted a drug test that tested presumptively positive for methamphetamine. The drug test sample was sent to Abbott Laboratories for confirmation. Confirmation from Abbott Laboratories is pending.

Mr. Serrato admitted to the undersigned officer during contact at the Richland Probation Office on October 2, 2023, that he continued using methamphetamine, with his last use occurring on or about September 25 or 26, 2023. He was not able to provide a drug test this date, and was directed to return to the probation office on October 3, 2023, for drug testing. He reported on October 3, 2023, as directed and submitted a drug test. The sample was presumptive positive for methamphetamine and results are pending from Abbott Laboratories.

Prob12C
**Re: Serrato, Alberto Daniel**
**October 5, 2023**
Page 3

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/05/2023

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[X]  Defendant to appear before the Magistrate Judge.

Other

*Edward F. Shea*

Signature of Judicial Officer

October 6, 2023

Date