PROB 12C
(6/16)

Report Date: October 18, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 20, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Alberto Daniel Serrato | Case Number: 0980 2:12CR06055-EFS-1 |
| Address of Offender: ███████ Kennewick, Washington 99336 | |
| Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge | |
| Date of Original Sentence: June 5, 2013 | |
| Original Offense: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: Prison - 37 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Laurel Holland | Date Supervision Commenced: October 10, 2021<br>(time tolled until released from state prison) |
| Defense Attorney: Ben Hernandez | Date Supervision Expires: October 9, 2024 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/5/2023.

On October 14, 2021, the conditions of supervised release were reviewed with Mr. Serrato. He acknowledged an understanding of his conditions of supervision, which include special condition number 17.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Serrato is considered to be in violation of his conditions of supervised release by using a controlled substance, methamphetamine, on or about October 3, 2023.<br><br>Mr. Serrato was present for a random drug test at Merit Resource Services on October 3, 2023, and tested presumptively positive for methamphetamine. Abbott Laboratories reported on October 13, 2023, this sample was confirmed as positive for methamphetamine. Mr. Serrato also signed a drug use admission form admitting to using methamphetamine on October 4, 2023. |

Prob12C
**Re: Serrato, Alberto Daniel**
**October 18, 2023**
**Page 2**

| | | |
|---|---|---|
| 6 | | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Serrato is considered to be in violation of his conditions of supervised release by using a controlled substance, methamphetamine, on or about October 8, 2023.

Mr. Serrato reported to the U.S. Probation Office in Richland, Washington, on October 12, 2023. He admitted to continuing to use methamphetamine, with his last use being October 8, 2023, and he signed a drug use admission form.

| | | |
|---|---|---|
| 7 | | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Serrato is considered to be in violation of his conditions of supervised release by using a controlled substance, methamphetamine, on or about October 11, 2023.

Mr. Serrato reported to the U.S. Probation Office in Richland, Washington, on October 17, 2023. He was directed to submit to a drug test and asked if his use of methamphetamine had continued. Mr. Serrato verbally admitted to using on or about October 11, 2023. A drug test was taken and tested presumptively positive for methamphetamine and was sent to Abbott Laboratories for confirmation.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    10/18/2023

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

Prob12C
Re: Serrato, Alberto Daniel
October 18, 2023
Page 3

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

*Edward F. Shea*

Signature of Judicial Officer

October 20, 2023

Date