PROB 12C
(6/16)

Report Date: November 1, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 01, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alberto Daniel Serrato          Case Number: 0980 2:12CR06055-EFS-1

Address of Offender: ███████████, Kennewick, Washington 99336

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: June 5, 2013

| | |
|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 37 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Laurel Holland | Date Supervision Commenced: October 10, 2021<br>(time tolled until released from state prison) |
| Defense Attorney: | Ben Hernandez | Date Supervision Expires: October 9, 2024 |

---

## PETITIONING THE COURT

To issue a **warrant** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/5/2023, and 10/18/2023.

On October 14, 2021, a United States Probation Officer reviewed with Mr. Serrato all the conditions of supervised release. He acknowledged an understanding of his conditions and signed a copy of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Alberto Daniel Serrato is considered to be in violation of his conditions of supervised release by using a controlled substance, methamphetamine, on or about  October 17, 2023.<br><br>On October 17, 2023, Mr. Serrato reported to the probation office as required. He was directed to complete a drug test. This drug test was presumptive positive for methamphetamine and was sent to Abbott Laboratories for confirmation. The probation office later received the drug test report confirming a positive result for methamphetamine. |

Prob12C
**Re: Serrato, Alberto Daniel**
**November 1, 2023**
**Page 2**

9       **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

      **Supporting Evidence**: Alberto Daniel Serrato is considered to be in violation of his conditions of supervised release by using a controlled substance, methamphetamine, on or about October 22, 2023.

      On October 24, 2023, Mr. Serrato reported to the probation office as required. He was instructed to complete a drug test. Mr. Serrato admitted to the undersigned officer to using methamphetamine on or about October 22, 2023. This drug test was presumptive positive for methamphetamine. Mr. Serrato signed a drug use admission form.

10       **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

      **Supporting Evidence**: Alberto Daniel Serrato is considered to be in violation of his conditions of supervised release by failing to report for drug testing as required on or about October 27, 2023.

      On October 31, 2023, Mr. Serrato, during a telephone contact with the undersigned officer, admitted he forgot to call the color line when asked why he missed a random drug test at Merit Resource Services (Merit) when his assigned color was called on October 27, 2023.

11       **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

      **Supporting Evidence**: Alberto Daniel Serrato is considered to be in violation of his conditions of supervised release by using a controlled substance, methamphetamine, on or about October 27, 2023.

      During a telephone contact on October 31, 2023, the undersigned officer questioned Mr. Serrato about new drug use since Merit reported he completed a drug test the day before on October 30, 2023, and this drug test was presumptive positive for methamphetamine. Mr. Serrato admitted to the undersigned officer to having used methamphetamine either on Thursday or Friday of the previous week, on or about October 27, 2023, when questioned about new drug use.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a **warrant**.

      I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     November 1, 2023

           s/Elizabeth Lee

           Elizabeth Lee
           U.S. Probation Officer

Prob12C
**Re: Serrato, Alberto Daniel**
**November 1, 2023**
**Page 3**

---

THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X ]    The incorporation of the violation(s) contained in this
petition with the other violations pending before the
Court.
[  ]    Defendant to appear before the Judge assigned to the
case.
[  ]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_Edward F. Shea_
Signature of Judicial Officer

November 1, 2023
Date