PROB 12C  
(6/16)

Report Date: March 26, 2025

# United States District Court

### for the

### Eastern District of Washington

**Petition for Warrant or Summons for Offender Under Supervision**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 27, 2025

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Alberto Daniel Serrato | Case Number: 0980 2:12CR06055-EFS-1 |
| Address of Offender: ███████████████ Kennewick, Washington 99336 | |
| Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge | |
| Date of Original Sentence: June 5, 2013 | |
| Original Offense: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: Prison - 37 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(December 18, 2023) | Prison-7 months<br>TSR-10 months |
| Asst. U.S. Attorney: Laurel Holland | Date Supervision Commenced: July 3, 2024 |
| Defense Attorney: Nick Mirr | Date Supervision Expires: May 2, 2025 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/03/2025, and on 02/13/2025.

On July 5, 2025, all the conditions of supervised release were reviewed with Mr. Serrato. He signed a copy of his conditions, verbalized a full understanding, and was given a signed copy.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Mandatory Condition # 1**: You shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Alberto Daniel Serrato is considered to be in violation of his conditions of supervised release by failing to obey all laws by committing the offense of assault-domestic violence (DV), on or about February 17, 2025.<br><br>According to the Washington State Judicial Access Browser System (JABS), on or about February 17, 2025, Kennewick Police Department (KPD) officer K. Clary was dispatched to an assault at 4711 W. Metaline Avenue in Kennewick, Washington. The reporting party, Mr. Serrato's wife, MS, reported Mr. Serrato approached her while she was in the downstairs breeze way area of the apartment complex and hit her in the back of her head. She then |

Prob12C
Re: Serrato, Alberto Daniel
March 26, 2025
Page 2

returned to her apartment to call the police. As Mr. Serrato saw she was calling the police, he fled in a vehicle. She reported Mr. Serrato did not currently live with her. KPD Officers searched the area and were unable to locate Mr. Serrato.

Mr. Serrato was charged with assault-DV; Benton County District case number 5A0230211. This case is pending.

10     **Mandatory Condition # 1**: You shall not commit another Federal, state, or local crime.

**Supporting Evidence**: Alberto Daniel Serrato is considered to be in violation of his conditions of supervised release by failing to obey all laws by committing the offense of destruction or removal of property and unlawful trespass on or about March 20, 2025.

According to the Washington State Judicial Access Browser System (JABS), on or about March 20, 2025, Pasco Police Department (PPD) officers were dispatched to a call about a vehicle prowl as the suspect, later identified as Mr. Serrato, was observed attempting to open the locked rear passenger door of a vehicle. Mr. Serrato walked away after the reporting party confronted him. After Mr. Serrato left, the reporting party found damage to the driver's side door handle and lock, which appeared to show something had been placed in the lock to break the lock pins and gain access to the vehicle.

Through further investigation, PPD officers learned that after Mr. Serrato left the vehicle prowl location he then attempted to enter a residence, 4003 Antigua Drive in Pasco, Washington, through the front door, using his shoulder to push the door open. The victim of this residence had video of this incident which occurred approximately 15 minutes after the vehicle prowl.

Through the use of a drone, PPD officers were able to locate Mr. Serrato on Burden Street and Santa Fe Lane in Pasco. Mr. Serrato was arrested and booked into the Franklin County Jail. While searching Mr. Serrato incident to arrest, two small baggies containing suspected narcotics were located in his wallet that was in his front pocket. A field test returned presumptive positive for methamphetamine and fentanyl. Mr. Serrato admitted to the officers he knew the substances were narcotics.

Mr. Serrato was charged with vehicle prowl; controlled substance possess; destruction or removal of property; and unlawful trespass. Franklin County Municipal case number 5A0368924.

On March 21, 2025, Mr. Serrato entered a guilty plea to the charges of destruction or removal of property and unlawful trespass. The charges for vehicle prowling and controlled substance possess were dismissed. Mr. Serrato was sentenced to 364 days jail, with 361 days suspended, and 24 months of county probation.

11     **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: Alberto Daniel Serrato is considered to be in violation of his conditions of supervised release by being in possession of controlled substances, methamphetamine and fentanyl, on or about March 20, 2025.

Prob12C
**Re: Serrato, Alberto Daniel**
**March 26, 2025**
**Page 3**

As noted in the above allegation, on or about March 20, 2025, during a search incident to arrest, two small baggies containing suspected narcotics were located in Mr. Serrato's wallet that was in his front pocket. A field test returned a positive result for methamphetamine and fentanyl. While this state charge was dismissed, Mr. Serrato admitted to the PPD officer knowing these were controlled substances.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 26, 2025

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

### THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

March 27, 2025
Date